# S. S. CLARK

*v.*

## THOMPSON S. SMITH.

AGENCY—*authority to collect money.* Authority in an agent to sell goods upon a credit does not show an authority in him to receive money in payment, and unless the principal has held such agent out to another as having authority to collect, a payment to him is not good.

APPEAL from the Circuit Court of De Witt county; the Hon. LYMAN LACEY, Judge, presiding.

This was an action of assumpsit, by the appellant against the appellee, to recover the price for a bill of goods sold by the appellant to the appellee. The defense was, payment to Richards, the appellant's agent, at the time he ordered the goods.

It seems Richards was employed to go out and solicit orders for whisky and send them to the plaintiff, who testified that Richards had no right to collect any of the money or receipt in his name.

There was a judgment for the defendant, and the plaintiff appealed.

Messrs. FULLER & GRAHAM, for the appellant.

Messrs. MOORE & WARNER, and Messrs. DONAHUE & KELLY, for the appellee.

Mr. JUSTICE DICKEY delivered the opinion of the Court:

The majority of the court are of the opinion that the proof in this record not only fails to show that Richards had authority to collect for Clark, but also think there is not evidence sufficient to support the proposition that Clark held Richards out to Smith as having such authority. While, perhaps, power to make contracts for the sale of goods upon a credit may be inferred from the letter of July 2, 1874, yet there is

nothing in the letter from which authority to receive money in payment can properly be inferred.   The verdict is not supported by the proofs, and the exception to the ruling of the court in refusing a new trial was well taken.

The judgment must be reversed, and the cause remanded for a new trial.

*Judgment reversed.*